# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CECILIO PERES ALVARADO,** *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 13-cv-1186 (TSC) |
| **HOANG, LLC**, *et al.*, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## ORDER

In light of the Joint Stipulation of Dismissal filed by the parties, (ECF No. 39), this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The court retains jurisdiction over this matter in the event of a dispute concerning the settlement agreement.

Date: July 21, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge